IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARY C. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-05-506-T |
| | ) | |
| JO ANNE B. BARNHART, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | | |

ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of Social Security Administration denying plaintiff's application for disability benefits and supplemental security income benefits. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings in accordance with 28 U.S.C. §636(b)(1)(B). The parties fully briefed their respective positions and, on September 30, 2003, the magistrate judge filed his Report and Recommendation [Doc. No. 22] in which he recommended that the Commissioner's decision be affirmed.

In the Report and Recommendation, the magistrate judge advised the parties of their right to file objections to same and scheduled a March 16, 2006 deadline for filing such objections. The magistrate judge also cautioned the parties that a failure to object would constitute a waiver of the right to appeal. The deadline for filing objections has expired; to date, neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation is adopted as though fully set forth herein.

In accordance with the foregoing, the Report and Recommendation [Doc. No. 22] is adopted as though fully set forth herein, and the decision of the Commissioner denying plaintiff's application for benefits is affirmed.

IT IS SO ORDERED this 18th day of May, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE